James E. Heller et al., Respondents, *v.* The Allentown Manufacturing Company, Appellant.

(Submitted January 17, 1890; decided January 31, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order, made May 13, 1887, which affirmed a judgment in favor of plaintiffs, entered upon a verdict directed by the court.

*John R. Dos Passos* for appellant.

*Edward W. Scudder Johnston* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.